Nancy Curry
Chapter 13 Standing Trustee
700 South Flower Street, Suite 1215
Los Angeles, CA 90017
(213) 689-3014    FAX (213) 689-3055

| | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION |
|---|---|
| In re<br><br>BICE, GISELLE D.<br><br><br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:11-bk-17517-VZ<br><br>NOTICE AND TRUSTEE'S MOTION TO DISMISS BECAUSE OF DELINQUENT PLAN PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(1)<br><br>DATE/TIME: March 16, 2015 at 11:00 am<br>Courtroom: 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

**Pursuant to Local Bankruptcy Rule 9013-1(f) and (h), any party in interest wishing to oppose this motion must file and serve opposition papers no later than fourteen (14) days prior to the hearing date. Failure to file a written opposition may be deemed by the Court as a waiver of any objection thereto and as consent to the relief requested.**

DATED: December 30, 2014                                                                                          /s/ Nancy Curry

**I, Nancy Curry, declare as follows:**

1. I am the Trustee in this matter and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I recommend that the Court dismiss this case because the Debtor has failed to tender all payments required by the confirmed plan as evidenced by the attached receipt history which is incorporated herein by reference, 11 USC § 1307(c)(i), LBR 3015-1(k).

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on December 30, 2014.

/s/Nancy Curry

TMD DELQ HRG

**1117517-VZ**

BICE, GISELLE D.

P.O BOX 8451  Atty: KIAN MOTTAHEDEH  14 Rmng of 60 Mos.
PALMDALE CA 93551  Payment: $1,050.00 Per M
First Pmt Date 03/24/2011

Graduated Payment Plan

| | | | | | |
|---|---|---|---|---|---|
| Months | 1 | Thru | 10 | $741.00 Per Month = | $7,410.00 |
| Months | 11 | Thru | 60 | $1,050.00 Per Month = | $52,500.00 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 047801 | 14120032 | 12/15/2014 | $1,050.00 | 2 | Money Order | | |
| 988696 | 14070010 | 7/8/2014 | $1,050.00 | 2 | Money Order | | |
| 801282 | 14060003 | 6/3/2014 | $1,050.00 | 2 | Money Order | | |
| 723872 | 14050010 | 5/5/2014 | $1,050.00 | 2 | Money Order | | |
| 407699 | 14030024 | 3/19/2014 | $1,050.00 | 2 | Money Order | | |
| 457974 | 14020020 | 2/19/2014 | $1,050.00 | 2 | Money Order | | |
| 381865 | 14010034 | 1/22/2014 | $1,050.00 | 2 | Money Order | | |
| 045447 | 13120039 | 12/30/2013 | $1,050.00 | 2 | Money Order | | |
| 018807 | 13120001 | 12/2/2013 | $1,050.00 | 5 | Other | | |
| 487337 | 13100029 | 10/21/2013 | $1,050.00 | 2 | Money Order | | |
| 936814 | 13090021 | 9/17/2013 | $1,050.00 | 2 | Money Order | | |
| 384796 | 13080019 | 8/16/2013 | $1,050.00 | 2 | Money Order | | |
| 169556 | 13070030 | 7/22/2013 | $2,100.00 | 2 | Money Order | | |
| 463712 | 13060020 | 6/12/2013 | $2,100.00 | 5 | Other | | |
| 192780 | 13040008 | 4/9/2013 | $1,000.00 | 3 | Cashiers Check | | |
| 192790 | 13040008 | 4/9/2013 | $50.00 | 3 | Cashiers Check | | |
| 413513 | 13010023 | 1/15/2013 | $1,000.00 | 3 | Cashiers Check | | |
| 413524 | 13010023 | 1/15/2013 | $50.00 | 3 | Cashiers Check | | |
| 684361 | 12120003 | 12/4/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 684372 | 12120003 | 12/4/2012 | $50.00 | 3 | Cashiers Check | | |
| 083716 | 12110007 | 11/6/2012 | $50.00 | 3 | Cashiers Check | | |
| 083705 | 12110007 | 11/6/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 338570 | 12100008 | 10/10/2012 | $50.00 | 3 | Cashiers Check | | |
| 338580 | 12100008 | 10/10/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 942762 | 12080028 | 8/27/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 942773 | 12080028 | 8/27/2012 | $50.00 | 3 | Cashiers Check | | |
| 422962 | 12070038 | 7/31/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 422973 | 12070038 | 7/31/2012 | $50.00 | 3 | Cashiers Check | | |
| 452964 | 12060031 | 6/27/2012 | $50.00 | 3 | Cashiers Check | | |
| 452953 | 12060031 | 6/27/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 748344 | 12060006 | 6/5/2012 | $50.00 | 3 | Cashiers Check | | |
| 748355 | 12060006 | 6/5/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 792217 | 12050002 | 5/2/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 792228 | 12050002 | 5/2/2012 | $50.00 | 3 | Cashiers Check | | |
| 947712 | 12040004 | 4/3/2012 | $50.00 | 3 | Cashiers Check | | |
| 947701 | 12040004 | 4/3/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 931714 | 12020021 | 2/29/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 931725 | 12020021 | 2/29/2012 | $50.00 | 3 | Cashiers Check | | |
| 209830 | 12010023 | 1/24/2012 | $50.00 | 3 | Cashiers Check | | |
| 209852 | 12010023 | 1/24/2012 | $1,000.00 | 3 | Cashiers Check | | |
| 681941 | 11120027 | 12/30/2011 | $741.00 | 3 | Cashiers Check | | |
| 668224 | 11110026 | 11/28/2011 | $741.00 | 3 | Cashiers Check | | |
| 642509 | 11100018 | 10/25/2011 | $741.00 | 3 | Cashiers Check | | |
| 616901 | 11090019 | 9/23/2011 | $741.00 | 3 | Cashiers Check | | |
| 186690 | 11080022 | 8/23/2011 | $741.00 | 3 | Cashiers Check | | |
| 172720 | 11070019 | 7/26/2011 | $741.00 | 3 | Cashiers Check | | |
| 154096 | 11060016 | 6/21/2011 | $741.00 | 3 | Cashiers Check | | |
| 275848 | 11050027 | 5/25/2011 | $741.00 | 3 | Cashiers Check | | |
| 798930 | 11040028 | 4/26/2011 | $741.00 | 3 | Cashiers Check | | |
| 285376 | 11030021 | 3/23/2011 | $740.00 | 3 | Cashiers Check | | |
| 795090 | 11030021 | 3/23/2011 | $1.00 | 3 | Cashiers Check | | |

Total  $37,860.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
700 South Flower Street, Suite 1215
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On December 30, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| BICE, GISELLE D. | KIAN MOTTAHEDEH |
| P.O BOX 8451 | 15760 VENTURA BLVD., #1100 |
| PALMDALE, CA 93551 | ENCINO, CA 91436- |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 30, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| December 30, 2014 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

BICE, GISELLE D.                                          KIAN MOTTAHEDEH
                                                          PRICE LAW GROUP
P.O BOX 8451                                              15760 VENTURA BLVD., #1100
PALMDALE, CA 93551                                        ENCINO, CA 91436-